HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAFEAIR, INC., a Washington corporation,

    Plaintiff,

    v.

COPA AIRLINES, a Panamanian corporation,

    Defendant.

Case No.  CV04-5311 RBL

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    This matter comes before the Court on the Defendant's Motion for Summary Judgment. [Dkt. #34].  This Court has determined that Safeair, Inc. (the "Plaintiff" or "Safeair") has satisfied each of the elements for a successful copyright infringement claim against Copa Airlines (the "Defendant" or "Copa"). Moreover, Copa has infringed upon Safeair's "right to display the copyrighted work publicly" under 17 U.S.C. § 106(5).  Consequently, this Court previously granted the Plaintiff's Motion for Partial Summary Judgment on the issues of copyright infringement and "willfullness."  The Defendant's Motion for Summary Judgment is therefore DENIED.

ORDER
Page - 1

1    IT IS SO ORDERED.

2    DATED this 3rd day of January, 2006.

    _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE